AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 16 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America<br>v.<br>Pedro RUBIO, YOB: 1992, USC<br><br>Defendant(s) | ) ) ) ) ) ) ) | Case No. M-20-0095-M<br><br>SEALED |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 21, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a)(1), 846 | Knowingly and Intentionally Conspire to Possess with Intent to Distribute approx. 14.05 kilograms of Methaphetamine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:
See Attachment A.

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth
1-15-2020

Sworn to before me and signed in my presence.

*Complainant's signature*

Arturo Casanova Jr., DEA Task Force Officer
*Printed name and title*

Date: __01/16/2020  8:43 am__

*Judge's signature*

City and state: __McAllen, Texas__

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

On December 21, 2018, DEA HIDTA D84 Agents executed a federal search warrant at 521 E. Lovett St. in Edinburg, Texas. During the search, approximately 14.05 kilograms of crystal methamphetamine were located throughout the inside of the residence. Three (3) adults subjects, Yesenia Armendariz, Oscar Franco Lopez, and Brandon Chacha Avila, who were located inside of the residence, were arrested for possession of the narcotics. Each admitted to their role in possessing the narcotics with intent to distribute them.

Throughout the investigation, an additional two (2) subjects Jeanette Michelle Jimenez and Martin Martinez, were arrested for their involvement regarding the narcotics that were seized on December 21, 2018. Jimenez and Martinez both admitted to possessing the narcotics and distributing them to others, including Armendariz, Lopez, and Avila. Agents later learned through several interviews of the co-conspirators that the narcotics located inside of the residence belonged to a male subject later identified as Pedro RUBIO who resides in Brownsville, Texas.

Jimenez admitted that on or about October 21, 2018, she received a pickup truck from RUBIO in the Brownsville, Texas area. Jimenez was hired by RUBIO to drive the pickup truck to Houston, Texas on his behalf. The vehicle contained methamphetamine, which was hidden in all four (4) tires. Jimenez along with the other above referenced co-conspirators decided to remove the narcotics from the tires and split it amongst themselves, rather than take the vehicle to Houston.

Subsequently, during a recorded three way call between Martinez, his wife, and RUBIO, During the conversation, RUBIO argues with Martinez about stealing the narcotics from RUBIO. RUBIO informs Martinez that the people from Mexico are looking for the individuals responsible for stealing the narcotics.

Phone tolls show that RUBIO's phone was in contact with Martinez's wife's phone on the same date the above referenced three way call was conducted. There was additional phone connectivity between the phones during January 2019 and February 2019. RUBIO listed the phone number as his in his application for a Texas Driver's License/Identification Card, dated April 6, 2019.